CLAIRE GILLMOR (Bar No. 10210)
WEST VALLEY CITY ATTORNEYS OFFICE
3600 Constitution Boulevard
West Valley City, Utah 84119
Telephone: (801) 963-3271
claire.gillmor@wvc-ut.gov

ROBERT H. HUGHES (Bar No. 8797)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Facsimile (801) 536-6111
rhughes@parsonsbehle.com

*Attorneys for Defendant West Valley City*

---

## IN THE UNITED STATES DISTRIT COURT
## IN AND FOR THE STATE OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| ALLEN ANDERSEN, an individual; NXLEVEL NETWORK, LLC, a Utah limited liability company; JESSICA ZIMMERMAN, an individual; ROBERT GURNEY, an individual; AMY HODGSON, an individual; and JOHN DOES 1-99<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; JEFFREY S. HARRIS, an individual; GERALD GANSEY, an individual; DRAPER CITY; VIVIEN PEARSON, an individual; DAVID BERNAL, an individual; WEST JORDAN CITY; BRETT SU'A, an individual; RIVERDALE CITY; SANDY CITY; and WEST VALLEY CITY, WILLIAM CHOW, an individual; and TUMI YOUNG, an individual.<br><br>    Defendants. | Case No.: 1:16-cv-00005-CW-DBP<br><br>Judge: Hon. Clark Waddoups<br><br>**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING** |

Pursuant to the stipulation of the parties and good cause appearing, the unopposed motion for extension of time to file an answer or other responsive pleading is hereby **GRANTED**.

It is hereby **ORDERED** that West Valley City shall have up to and including July 20, 2016 to file an answer or other responsive pleading**.**

DATED    July 5, 2016

**BY THE COURT:**

The Honorable Dustin B. Pead
United States Magistrate Judge
District of Utah