IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALLEN ANDERSEN et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>               Defendants. | **ORDER**<br><br><br><br>Case No. 1:16-cv-5-CW<br><br>District Judge Clark Waddoups |

On August 11, 2016, Magistrate Judge Pead entered an order granting the defendants' motion for a stay, pending settlement discussions. (Dkt. No. 103.) The initial stay was extended twice, and on April 13, 2017, the defendants moved the court for a status conference. (Dkt. Nos. 109, 111, & 113.)

The court held a status conference on April 28, 2017, during which the plaintiffs' counsel represented that his clients were preparing to submit licensing applications for each of the facilities that are the subject of the complaint in this case. (Dkt. No. 116.) In light of this representation, the court and counsel agreed that the appropriate course of action would be for the plaintiffs to file such applications, for the State to consider the applications, and for the State to update the court after making its licensing decision.

Therefore, the parties are ORDERED to adhere to the following schedule: Plaintiffs are to submit their applications to the State on or before Tuesday, May 16, 2017. The State will then have until Friday, June 16, 2017 to consider the applications and shall submit a status report

advising the court as to which issues remain to be addressed on or before Friday, June 30, 2017. The case will remain stayed pending these submissions.

DATED this 2nd day of May, 2017.

BY THE COURT:

_____
Clark Waddoups
United States District Judge