Edward W. McBride, Jr. (8236)
**VIAL FOTHERINGHAM LLP**
515 South 400 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 355-9594
Facsimile: (801) 359-1246
Ted.mcbride@vf-law.com

*Attorney for Plaintiffs*
_____

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLEN ANDERSEN, an individual; NXLEVEL NETWORK, LLC, a Utah limited liability company; JESSICA ZIMMERMAN, an individual; ROBERT GURNEY, an individual; AMY HODGSON, an individual; and JOHN DOES 1-99,<br><br>Plaintiffs,<br><br>Vs.<br><br>STATE OF UTAH; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; JEFFREY S. HARRIS, an individual; GERALD GANSEY, an individual; DRAPER CITY; VIVIEN PEARSON, an individual; DAVID BERNAL, an individual; WEST JORDAN CITY; BRETT SU'A, an individual; RIVERDALE CITY; SANDY CITY; and WEST VALLEY CITY,<br><br>Defendants. | **DECLARATION OF EDWARD W. McBRIDE, JR.**<br><br><br>Judge: Clark Waddoups<br>Magistrate Judge Dustin B. Pead<br><br><br>Civil No.: 1:16-cv-00005-PMW |

    Edward W. McBride, Jr., attorney for Plaintiffs, makes the following declarations regarding the above entitled matter and in response to Defendant State of Utah's Status Report and Request for Dismissal with Prejudice for Failure to Prosecute.

1

1. I am the attorney for the Plaintiffs in the above entitled matter.

2. That Plaintiff NXLevel Network LLC currently does not operate any sober living homes. That a successor in interest to NXLevel Network, LLC, Smart Sober Living currently operates three homes in the City of Sandy, State of Utah. All of the other homes were shut down and are no longer operating in any of the other jurisdictions since this action commenced.

3. That those homes, in fact, have been inspected by the Department of Human Services.

4. On September 22, 2017, Plaintiff NXLevel Network, LLC aka Smart Sober Living filed seven applications with the City of Sandy for business licensing and zoning allowances for the seven homes running at that time in Sandy City.

5. In March, 2018, further information was provided to Sandy City, at their request, for the three remaining homes in that City.

6. On May 23, 2018, following discussions with the Sandy City attorney, Jody Burnett, Plaintiff provided additional financial information on the remaining sober living homes.

7. It is my understanding that the State of Utah is waiting for the City to issue a business license before final approval of the sober living homes.

8. It is my understanding that a final decision on the business licensing should be issued within the next 3 to 4 weeks.

9. I have been unable to contact all of the original plaintiffs in this matter.

10. That we request the Court to set a scheduling conference in six weeks at which time it is anticipated that all issues for this matter will be resolved and this matter may be dismissed.

/s/ Edward W. McBride, Jr.

_____
Edward W. McBride, Jr.
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2018, I electronically filed the foregoing *Declaration of Edward W. McBride, Jr.* with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Kyle J. Kaiser
J. Clifford Peterson
Assistant Utah Attorney General
Sean D. Reyes
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
*Attorneys for Defendants State of Utah, Utah Department of Human Services, Jeffrey S. Harris and Gerald Gansey*

Paul W. Dodd
West Jordan City Attorney's Office
8000 South Redwood Rd.
West Jordan, UT 84088
*Attorney for Defendants West Jordan City and Brett Su'a*

J. Eric Bunderson
Claire Gillmor
Brandon Hill
WEST VALLEY CITY
3600 Constitution Blvd.
West Valley City, UT 84119
*Attorneys for Defendant West Valley City*

Jody K. Burnett
Robert C. Keller
WILLIAMS & HUNT
257 East 200 South, Suite 500
P.O. Box 45678
Salt Lake City, UT 84145-5678
*Attorneys for Defendants Draper City, Vivien Pearson and David Bernal, and Sandy City*

Steve Brooks
Riverdale City Attorney's Office
4600 S. Weber River Drive
Riverdale, UT 84405
*Attorney for Defendant Riverdale City*

/s/ Alanna Warnick

_____
Alanna Warnick, Paralegal