# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ALLEN ANDERSEN, et al.**,<br><br>**Plaintiffs,**<br>vs.<br><br>**STATE OF UTAH, et al.**,<br><br>**Defendants.** | **ORDER CONTINUING HEARING AND GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Case No. 1:16-cv-5<br><br>Judge Clark Waddoups |

Before the court is the Motion for Continuance of 4/4/2019 Hearing and Rule 6(b) Request for Extension of Time to File Opposition to Motions to Dismiss (ECF No. 170) filed by Plaintiffs. After reviewing the representations presented in that motion and the affidavit of Plaintiff Allen Andersen filed therewith and evaluating all facts and factors offered by the State Defendants in their response to that motion (ECF No. 171), the court determines that good cause exists to grant the requested extension and that Plaintiffs failed to timely respond to Defendants' motions to dismiss because of excusable neglect. The court hereby **GRANTS** Plaintiffs' motion.

The hearing scheduled in this matter for 3:00 p.m. on April 4, 2019 is hereby **CONTINUED** to **3:00 p.m. on April 30, 2019**.

It is further **ORDERED**, pursuant to Rule 6(b), that Plaintiffs' counsel Mark L. Shurtleff shall have until **April 22, 2019** to respond to Defendants' motions to dismiss (ECF Nos. 149, 150, 151, 153, 154, 155, 157). Defendants will thereafter have until **April 29, 2019**, to file memorandum in support of their motions to dismiss.

Mr. Shurtleff shall also have until **April 22, 2019**, to file a memorandum in support of Plaintiffs' motion for leave to file a [fourth] amended complaint (ECF No. 156), if he deems that such a filing is appropriate.

DATED this 3rd day April, 2019.

BY THE COURT:

_____
Clark Waddoups
United States District Judge