JODY K BURNETT (0499)
ROBERT C. KELLER (4861)
**SNOW CHRISTENSEN & MARTINEAU**
10 Exchange Place, Suite 1100
P. O. Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
jkb@scmlaw.com
rck@scmlaw.com

Attorneys for Defendant Sandy City

## IN THE UNITED STATES DISTRICT COURT UTAH

## STATE OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ALLEN ANDERSEN, an individual; NXLEVEL NETWORK, LLC, a Utah limited liability company; JESSICA ZIMMERMAN, an individual; ROBERT GURNEY, an individual; AMY HODGSON, an individual; and JOHN DOES 1-99,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; JEFFREY S. HARRIS, an individual; GERALD GANSEY, an individual; DRAPER CITY; VIVIEN PEARSON, an individual; DAVID BERNAL, an individual; WEST JORDAN CITY; BRETT SU'A, an individual; RIVERDALE CITY; SANDY CITY; and WEST VALLEY CITY,<br><br>Defendants. | **DECLARATION OF PAULINE LOPEZ**<br><br>Civil No. 1:16CV00005<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

I, Pauline Lopez, declare and state as follows:

1. I am over the age of 21, of a sound mind and capable of making this declaration.

2. I testify to all matters herein from personal knowledge.

3. I am the Police Department Records Manager for Sandy City, a defendant in the above captioned matter. It is a part of my job responsibilities as the Department Records Manager to maintain and review the official files and records of the Department in order to respond to the needs for record management in the Department in the ordinary course of the Department's business.

4. I have reviewed the records the Department maintains that are police reports involving Plaintiff Allen Andersen and his associated business entities.

5. The Department's records as described above contain a police report number GO#SY 2018-5988, a true and correct copy of which is attached hereto as Exhibit A.

8. Exhibit A is an unmodified copy of the business record which was created contemporaneously with the events described and are maintained as a regular practice of the City's Police Department in the ordinary course of the Department's business.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

Signed on this 26 day of April, 2019, in Sandy, Utah.

/s/ Pauline Lopez
PAULINE LOPEZ
Sandy City Police Department Records Manager

2

# Exhibit "A"



**SANDY POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASE TO SANDY CITY RISK MANAGEMENT

GO# SY 2018-5988 INACTIVE                                    2399-0 THEFT-OTHER

## General Offense Information
Operational status: **INACTIVE**
Reported on: **Feb-05-2018  (Mon.) 2009**
Occurred between: **Feb-05-2018  (Mon.) 800** and **Feb-05-2018  (Mon.) 1900**
Approved on: **Feb-06-2018  (Tue.)**  by:  **SA057 - SWENSEN, C**
Report submitted by: **SA031 - RADKE, P**
Org unit: **Patrol B side**
Address: **10524 S GOLDEN WILLOW DR**
         Municipality: **SANDY** County: **Salt Lake County**
         District: **4**  Beat: **CRESNT**  Grid: **4C03C**
Value loss: **$600.00**
Family violence: **No**

## Offenses (Completed/Attempted)
Offense: # **1   2399-0   THEFT-OTHER - COMPLETED**
Location: **Residence/Home**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**



**SANDY POLICE DEPARTMENT**
GENERAL OFFENSE HARDCOPY
RELEASE TO SANDY CITY RISK MANAGEMENT

GO# SY 2018-5988 INACTIVE                       2399-0 THEFT-OTHER

# Related Event(s)

CP        SY2018-5988

|  | **SANDY POLICE DEPARTMENT** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | RELEASE TO SANDY CITY RISK MANAGEMENT |
| GO# SY 2018-5988 INACTIVE | 2399-0 THEFT-OTHER |

## Related Text Page(s)

Document: **CASE SUMMARY**
Author: **SA031 - RADKE, P**
Related date/time: Feb-05-2018 (Mon.) 2239

```
PRADKE B31
02052018


INITIAL CASE NARRATIVE

CLASSIFICATION: Theft

SYNOPSIS: B▮▮▮ C▮▮▮▮▮ reported several residents at the home located at
10524 S Golden Willow Dr had items stolen from their bedrooms. 8 other
people live in the home and the house manager and two assistants were also
on scene during the day time hours. Unknown suspects stolen a guitar, and
Xbox and a back pack with work tools. Case inactive.

NARRATIVE: Brian Corolla lives at 10524 S Golden Willow dr.

B▮▮▮ reported he lives in the home with multiple room mates. B▮▮▮ is a
recovering addict and the home is a sober living home. The home has a house
manager and a property owner who lives at the end of Golden Willow drive.

B▮▮▮ reported he left for work at around 0800 hours on 02-05-2018. He
returned home at 1900 hours and he discovered that unknown suspect(s)
entered his unlocked bedroom and stole his X box and his guitar.

J▮▮▮ E▮▮▮, one of B▮▮▮s roommates, also had items stolen. J▮▮▮
reported his back pack was stolen. His pack contained tools and work
clothing for his job.

No other items were reported as stolen.

J▮▮▮ believed that the house manager Allen Anderson was responsible for
the thefts. J▮▮▮ reported that they have been living in the home since
January 18th and the home has never had heat as the furnace is broken and
management hasn't fixed it.

B▮▮▮ also confirmed the heat was off with a broken furnace since Mid
January. This appeared to e the truth as the oven door was open and the
residents were using the electric stove the heat the interior of the home.

I spoke with Allen Anderson and he stated he was at the home with his son
```



| SANDY POLICE DEPARTMENT |
| --- |
| GENERAL OFFENSE HARDCOPY |
| RELEASE TO SANDY CITY RISK MANAGEMENT |
| GO# SY 2018-5988 INACTIVE       2399-0 THEFT-OTHER |

this morning to check on the furnace. He reported he was present at between 0900 hours and 1000 hours. Allen denied being involved in the theft. Allen stated he walked from another house on the street to the 10524 S address and then they walked back home. Allen stated no one was carrying anything.

Allen brought up another name. E█████ L█████, was a former resident who had been evicted 4-5 days ago. Allen reported E█████ would likely be a suspect as he has anger issues and was angry about the eviction.

I spoke with E█████ and he denied being at the home at all. He reported he had received a three day notice and he moved to a hotel in Midvale on Wednesday or Thursday. He stated he was at work all day and could not have been involved in any theft since he hadn't been at the home. E█████ reported that Allen and his friends are the thieves and they are trying to blame him,

I asked about the other home occupants. A D█████, J█████. M█████, M█████, and B█████ also live in the home and no one, including the house manager, knew their last names. They were not present during our conversation.

The involved people are very frustrated with the home and living situation. As we were standing in the living a Constable from Weber county arrived and served 3 day eviction notices on all occupants of the home. As that transpired AP&P arrived on scene looking to find a home occupant who violated their parole.

The residents believe the home managers stole the items. The home managers believe the residents likely stole from each other. With the lack of suspect information and multiple groups and suspect it is impossible to determine a suspect in this case. All parties involved denied any involvement. The eviction notice was served by constable F█████.

no video evidence exists to help determine the suspect. The occupants have no door locks on their individual rooms to secure their property.

CASE DISPOSITION: inactive.

Case 1:16-cv-00005-CW-DBP   Document 179-3   Filed 04/29/19   Page 8 of 11



**SANDY POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASE TO SANDY CITY RISK MANAGEMENT

GO# SY 2018-5988 INACTIVE                                2399-0 THEFT-OTHER

# Related Attachment(s) - Witness Statement

Attachment Description: **COROLLO, BRIAN**
Reference Number: 02/05/2018

## WITNESS STATEMENT
**SANDY CITY POLICE DEPARTMENT**
10000 South Centennial Parkway   Sandy, Utah 84070   (801) 568-7200

DATE: 2/5/18   TIME OF OCCURRENCE: _____   CASE #: 18-5988
INCIDENT LOCATION: 10524 South Golden Willow drive   DRIVERS LICENSE #: [redacted]
NAME: Brian Joshua Corollo   DOB: [redacted]   E-MAIL: [redacted]
ADDRESS: 10524 S. Golden Willow Drive   CITY: Sandy   ZIP: 84047
PHONE #1: [redacted]   PHONE #2: _____

DESCRIBE WHAT YOU SAW: I arrived home from work at around 7:45 p.m. and one of my roommates was very upset, telling me that E___ L___ (a previous resident, who was recently served an eviction notice by the property manager, and "owner" of the Sober Living Company that runs the houses) was here earlier in the day, and had "ripped us all off." I ~~started~~ work at the Jiffy Lube on Draper Parkway, and I just worked an 11hr shift, 8:00 a.m. to 7:00 p.m. J___ E___ ~~then us~~ Then led me downstairs and pointed out that the big screen TV (owned by Allen Anderson, who is the owner of the Sober Living houses and property manager) and also that my XBOX 360 and all the games were gone. It's a black XBOX with 1 corded controller, and 1 wireless xbox controller. The xbox console itself had a gears of war sticker (a big red skull in the middle of a gear) on the top of it. The games taken were gears of war 2, gears of war 3, Borderlands 2, Darksiders, Crysis 3, Left 4 Dead 2, Halo 4, 2012 Madden, and shadows of mordoor. I then went into my room and noticed that my guitar was missing. It was a Washburn Acoustic with a black hard case. The guitar itself is black with white trim around the edges of the body, and it had a strap that

NOTICE: You are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Pursuant to Utah Code Annotated 76-8-504 / Sandy City Code 7-8-23, and Utah Code Annotated 76-8-506 / Sandy City Code 7-8-25, it is a crime to knowingly provide false information in this written statement.

By my signature below, I certify that this statement is true, accurate, and complete, to the best of my knowledge:
Witness: _____

By my signature below, I certify that I obtained this statement without coercion or duress under circumstances guarantying its reliability.
Agent: _____

SP-0243 Rev. 07/12

For: 031SA   Printed On: Dec-06-2018 (Thu.)                    Page 5 of 8



# SANDY POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### RELEASE TO SANDY CITY RISK MANAGEMENT

GO# SY 2018-5988 INACTIVE                                    2399-0 THEFT-OTHER

## WITNESS STATEMENT

### SANDY CITY POLICE DEPARTMENT
10000 South Centennial Parkway  Sandy, Utah 84070  (801) 568-7200

DATE: _____  TIME OF OCCURRENCE: _____  CASE #: _____
INCIDENT LOCATION: _____  DRIVERS LICENSE #: _____
NAME: _____  DOB: _____  E-MAIL: _____
ADDRESS: _____  CITY: _____  ZIP: _____
PHONE #1: _____  PHONE #2: _____
DESCRIBE WHAT YOU SAW: _____

Tied around the neck of the guitar. The inside of the black hard case had a [illegible] for lining, and is coming separated from the interior around the compartment around the neck of the case. I then called E[redacted] A[redacted], who claimed he was not here today. I lived with e[redacted], and, personally, I do not believe he stole my things. I believe that Allen Anderson had his son Braden Anderson and one of the house leaders from a different Sober Living house come and steal my things as retribution for two weeks of rent I owed for the last half of January. I did not pay the last half of the rent because the heater broke, and Allen Anderson was notified, and did not ever do anything to fix it. Allen Anderson is not licensed to run a sober living establishment, and he does not own the houses, he rents them. He is (in my opinion) reminiscent of a slumlord. He's claiming we are responsible to fix the heater. The night before everything was stolen, Braden Anderson and Jonathon Holeman showed up and said they were looking at the furnace/ Jonathon commented on my Xbox. They left about 30 seconds later, and I noticed that they hadn't even taken the panels off of the furnace. The next day the items came up missing.

NOTICE: You are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Pursuant to Utah Code Annotated 76-8-504 / Sandy City Code 7-8-23, and Utah Code Annotated 76-8-506 / Sandy City Code 7-8-25, it is a crime to knowingly provide false information in this written statement.

By my signature below, I certify that this statement is true, accurate, and complete, to the best of my knowledge:

Witness: _____

By my signature below, I certify that I obtained this statement without coercion or duress under circumstances guaranteeing its reliability:

Agent: _____

SP-0243 Rev. 07/12



**SANDY POLICE DEPARTMENT**
GENERAL OFFENSE HARDCOPY
RELEASE TO SANDY CITY RISK MANAGEMENT

GO# SY 2018-5988 INACTIVE                                2399-0 THEFT-OTHER

## Related Attachment(s) - Witness Statement

Attachment Description: **EVANS,GERALD**
Reference Number: **02/06/2018**

NAMES ▮ L▮
J▮ ▮

**WITNESS STATEMENT**
**SANDY CITY POLICE DEPARTMENT**
10000 South Centennial Parkway  Sandy, Utah 84070  (801) 568-7200

DATE: 2-10-18  TIME OF OCCURRENCE: _____  CASE #: 18 . 5988
INCIDENT LOCATION: 10524 So. GoldenWillow Dr  DRIVERS LICENSE #: ▮
NAME: _____  DOB: ▮  E-MAIL: ▮
ADDRESS: SANDY UT.  CITY: ___ ZIP: ___
PHONE #1: ▮  PHONE #2: ___

DESCRIBE WHAT YOU SAW: AROUND 2:00 PM On 2-6-18 I was Leaving the House At 10524 Golden Willow DR Sandy UT. AS I Was going out the Door Brandon Anderson And ▮ Pulled UP IN His DAD Allen Anderson I Walked Past the SUV AS I Walked Down Road I Looked Back AND SEEN Brandon Anderson Preparing to Let Back Down of SUV. I Returned 3 HRS LATER AND MY WORKTOOLS & SAFETY Equipment Along with BACK PACK WAS Missing out of MY Room. IN BASEMENT Family Room the House FLAT Screen TV gone along with Anothers XBOX & gAMES Several Personal Items Missing. WENT And Talked to Property Manager He ALSO SENT ME A Text SAYING it WAS FORMGR Resident ▮ L▮ And that the Constable from His Attorney office SEEN HIM Talked to HIM YET PROPERTY MANAgER Failed to CALL POLICE on Theft of House items

NOTICE: You are notified that statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Pursuant to Utah Code Annotated 76-8-504 / Sandy City Code 7-8-23, and Utah Code Annotated 76-8-506 / Sandy City Code 7-8-25, it is a crime to knowingly provide false information in this written statement.

By my signature below, I certify that this statement is true, accurate, and complete, to the best of my knowledge:
Witness: _____

By my signature below, I certify that I obtained this statement without coercion or duress under circumstances guarantying its reliability:
Agent: _____  331

SP-0243 Rev. 07/12

WE Believe ▮ Didn't DO it
[illegible continuation]

|  | **SANDY POLICE DEPARTMENT**<br>**GENERAL OFFENSE HARDCOPY**<br>RELEASE TO SANDY CITY RISK MANAGEMENT | |
|---|---|---|
| | GO# SY 2018-5988 INACTIVE | 2399-0 THEFT-OTHER |

*** END OF HARDCOPY ***