FILED
United States Court of Appeals
Tenth Circuit

October 1, 2019

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ALLEN ANDERSEN, et al.,

    Plaintiffs - Appellants,

v.

STATE OF UTAH, et al.,

    Defendants - Appellees.

No. 19-4080
(D.C. No. 1:16-CV-00005-CW)
(D. Utah)

---

## ORDER

---

    Via an order issued on September 16, 2019, attorney Edward McBride was advised that if he did not submit an attorney admission application by September 26, 2019, an order would issue referring him for potential attorney discipline and striking him from this appeal. To date Mr. McBride has not responded.

    Consequently, he is hereby STRICKEN from this case. Going forward, the appellants will be considered pro se parties. Mr. McBride is directed to advise them forthwith that he is no longer representing them in this matter and that they are now considered pro se appellants. In addition, the Clerk will open a new attorney discipline

matter related to Mr. McBride's failure to respond to this court's directives. *See* 10th Cir. R. 46.6(C).

                                      Entered for the Court

                                      ELISABETH A. SHUMAKER, Clerk